# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Natalie Nicholson, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:18-cv-00167-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Mecklenburg County, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court at jury trial and a jury verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's March 15, 2019 Verdict.

March 19, 2019

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court